# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                              Case Number: 4:22−cr−00450

Gloria Jean Hall

## Notice of Resetting

**A proceeding has been reset in this case as to Gloria Jean Hall as set forth below.**

**BEFORE:**
**Judge Charles Eskridge**

**LOCATION:**
Courtroom 9F
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 2/6/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Sentencing
Applicable defendant(s) required to be present at the hearing.

Date:   November 4, 2024                                              Nathan Ochsner, Clerk