UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | CRIMINAL CASE NO. 4:22–cr–00450 |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| Gloria Jean Hall<br>    Defendant. | § § § | |

NOTICE OF RESETTING

Take notice that the Sentencing set for 11/5/2024, has been RESET as follows:

Thursday, February 6, 2025, at 01:30 PM
Before the Honorable Charles Eskridge
United States District Judge
United States District Court, Courtroom 9F
515 Rusk Street
Houston, Texas 77002