United States Courts
Southern District of Texas
FILED

APR 21 2025

Nathan Ochsner, Clerk of Court

United States District Court
Southern District of Texas
**ENTERED**
April 23, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| VS. | § CRIMINAL CASE: 4:2022-CR-00450-001 § § |
| GLORIA JEAN HALL | § |

### ORDER TO SURRENDER

The defendant, **Gloria Jean Hall USMS #22598-510**

having been sentenced to the custody of the Bureau of Prisons, is ORDERED to surrender on **Monday, May 26th, 2025 by 2:00 p.m.** to:

ALICEVILLE SATELLITE CAMP
11070 HIGHWAY 14
ALICEVILLE, AL 35442
205-373-5000

SO ORDERED on April 21, 2025 in Houston, Texas.

Charles Eskridge
UNITED STATES DISTRICT JUDGE